William H. McFadden, appellant, v. In re Estate of Katherine E. Swift, deceased, appellee. Gen. No. 34,581.

Opinion filed May 13, 1931.

Harry Z. and Bernard Perel, for appellant; Sydney R. Drebin, of counsel. · M. D. Dolan, for appellee; B. A. Cummins, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Sam Papas and Angelos Rentas, trading as Royal Restaurant, appellees, v. James Stasinos and Nicholas Stasinos, appellants. Gen. No. 34,611.

Opinion filed May 13, 1931. Rehearing denied May 26, 1931.

A. George N. Spannon and Stanley C. Armstrong, for appellants. Alfred M. Cordell, for appellees.

Mr. Justice Friend delivered the opinion of the court.

Donald S. McWilliams et al., defendants in error, v. Theodore W. May et al., plaintiffs in error. Gen. No. 34,508.

Opinion filed May 13, 1931.

Sumner C. Palmer, for plaintiffs in error. Thomas G. Vent, for defendants in error.

Mr. Justice Hebel delivered the opinion of the court.

Joseph Szarek, a minor, by Anna Szarek, his mother and next friend, plaintiff in error, v. Josephine Sum Szarek, defendant in error. Gen. No. 34,533.

Opinion filed May 13, 1931.

John A. Ulrich, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.